# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

OLUWADAYISI OMOSULE, :

    Petitioner, : Case No. 3:09cv00374

vs. :

                              District Judge Walter Herbert Rice

GREENE COUNTY DOMESTIC : Magistrate Judge Sharon L. Ovington
RELATIONS COURT,
                              :

    Respondent.
                                :

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #8), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on November 25, 2009 (Doc. #8) is **ADOPTED** in full;

2. The case is stayed to provide Petitioner an opportunity to exhaust his claims in the Ohio courts;

3. Petitioner shall file a status report within ninety days informing the Court

about the status of the proceedings in state court; and

4. The case is administratively processed on the Court's docket until further Order of the Court.

                                               Walter Herbert Rice
                                          United States District Judge